# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

130255 & (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MICHAEL CHARLES WARD,
       Defendant-Appellant.

SC: 130255
COA: 265679
Washtenaw CC: 79-013902-FY

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 29, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

s0221